```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                       :
JACQUELYN MAHALICK,                 :
                                                       :
                                       Plaintiff,     :             1:23-cv-5975-GHW
                                                       :
                              -v -                            :                 <u>ORDER</u>
                                                       :
FINN PARTNERS, INC.,                    :
                                                       :
                                     Defendant.   :
                                                       :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As discussed during the conference held on May 17, 2024, the deadline for Plaintiff to file and serve her motion to quash is May 21, 2024. Defendant's opposition is due May 24, 2024. Plaintiff's reply, if any, is due May 29, 2024 at 12:00 p.m.

       The Court will hold a teleconference to discuss the anticipated motion to quash on May 30, 2024 at 1:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       SO ORDERED.

Dated: May 17, 2024
New York, New York
                                                               GREGORY H. WOODS
                                                            United States District Judge