```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :

JACQUELYN MAHALICK,                :

                              Plaintiff,    :          1:23-cv-5975-GHW

                      -v -                    :          <u>ORDER</u>

FINN PARTNERS, INC.,               :

                              Defendant.   :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons stated during the conference held on May 30, 2024, Plaintiff's motion to quash Defendant's subpoenas is GRANTED. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

       SO ORDERED.

Dated: May 30, 2024

                                                              GREGORY H. WOODS
                                                     United States District Judge