```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                               :
JACQUELYN MAHALICK,                      :
                                                               :
                                       Plaintiff,      :                     1:23-cv-5975-GHW
                                                              :
                             -v -                                    :                         <u>ORDER</u>
                                                              :
FINN PARTNERS, INC.,                         :
                                                              :
                                     Defendant.   :
                                                              :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on June 17, 2024, the deadline for Defendant to file and serve its anticipated motion for summary judgment is September 6, 2024.  Plaintiff's opposition is due no later than twenty-eight days following the date of service of Defendant's motion.  Defendant's reply, if any, is due no later than fourteen days following the date of service of Plaintiff's opposition.

      The deadline for any motion for sanctions related to the expert discovery issue discussed at the June 17, 2024 conference is September 6, 2024.  Defendant's opposition is due no later than fourteen days following the date of service of Plaintiff's motion.  Plaintiff's reply, if any, is due no later than seven days following the date of service of Defendant's opposition.

      Last, any pre-motion request for any anticipated *Daubert* motions must be filed no later than two weeks following the resolution of any motion for summary judgment, should the motion be denied.

      SO ORDERED.

Dated:  June 17, 2024
New York, New York                                    _____
                                                            GREGORY H. WOODS
                                                          United States District Judge