```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JACQUELYN MAHALICK,                                            :
                                                               :
                                Plaintiff,                     :    1:23-cv-5975-GHW
                                                               :
                -v -                                           :    ORDER
                                                               :
FINN PARTNERS, INC.,                                           :
                                                               :
                                Defendant.                     :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 6, 2024, Plaintiff submitted a motion to preclude Defendant's expert report, Dkt. No. 32-2, or, in the alternative, to reopen discovery with costs and fees charged to Defendant. Dkt. No. 31. Plaintiff's motion is fully briefed. Dkt. No. 32 (Plaintiff's Affirmation in support of motion); Dkt. No. 33 (Plaintiff's Memorandum in support of motion); Dkt. No. 37 (Defendant's Memorandum in opposition to motion); Dkt. No. 38 (Plaintiff's Reply in support of motion).

The Court will hold a hearing regarding Plaintiff's motion by telephone on October 18, 2024 at 2:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: October 11, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge